1  MARK W. COLEMAN #117306
   NUTTALL & COLEMAN
2  2333 MERCED STREET
   FRESNO, CALIFORNIA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4  mcoleman@nuttallcoleman.com

5

6  ATTORNEYS FOR Defendant, DILLON JOHNSON

7

8

9                    UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  THE UNITED STATES OF AMERICA,        Case No.  1:20-MJ-00075-SKO

13              Plaintiff,

14        v.                             EX-PARTE APPLICATION RE: CASH
                                         BOND AND ORDER
15  DILLON JOHNSON,

16              Defendant.

17

18     Defendant, DILLON JOHNSON, by and through his attorney of record, MARK W.

19  COLEMAN, of the Law offices of Nuttall & Coleman, hereby applies to this court for an order

20  allowing Defendant to post cash bond by way of a personal check.  Specifically, Mr. Johnson's

21  family wishes to post cash bond on his behalf, however due to the ongoing Covid-19 Pandemic,

22  they have been unable to purchase a cashier's check through their bank.  However, his family is

23  able provide a personal check.

24  ///

25  ///

26  ///

27  ///

28  ///

Counsel for Defendant has spoken with Assistant U.S. Attorney, Justin Gilio, who has no objection to the Defendant's family posting the bond by personal check.

Dated: August 4, 2020.   Respectfully Submitted,

NUTTALL & COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
Forrest Awbrey

O R D E R

The Court allows Defendant Dillon Johnson to post cash bond by way of a personal check in light of the difficulties in obtaining a cashier's check due to the ongoing Covid-19 Pandemic.

IT IS SO ORDERED.

Dated:   **August 5, 2020**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2