1   MARK W. COLEMAN #117306
    NUTTALL & COLEMAN
2   2333 MERCED STREET
    FRESNO, CALIFORNIA 93721
3   PHONE (559) 233-2900
    FAX (559) 485-3852
    mcoleman@nuttallcoleman.com
4

5   ATTORNEYS FOR Defendant,
                    DILLON JOHNSON
6

7

8                       UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  THE UNITED STATES OF AMERICA,         Case No.  1:20-MJ-00075-SKO

12          Plaintiff,

13      v.                                STIPULATION AND  ORDER TO AMEND
                                          CONDITIONS OF RELEASE
14  DILLON JOHNSON,

15          Defendant.

16

17          IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective

18  clients as follows:

19          That Defendant, DILLON JOHNSON'S, Conditions of Release be amended to remove

20  Frank Duclo as third party custodian, and leaving Mr. Johnson's grandmother, Paula Duclo, as the

21  sole third-party custodian.

22          Specifically, the following items on Defendant's Conditions of Release will be amended as

23  follows:

24          **(6)**    The defendant is placed in the custody of: **Paula Sue Duclo;**

25          **(7)(c)**  reside with your **maternal grandmother, Paula Sue Duclo,** and not move or be

26  absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to

27  Eastern District of California, uncles otherwise approved in advance by PSO;

28

**(7)(p)**  not use or possess a communication device, except for your **grandmother, Paula Duclo's, cellular phone, or your home landline**, to make contact with your PSO, your assigned attorney, or other court ordered obligations, uncles otherwise approved in advance by your PSO.

All other conditions of release shall remain in full force and effect.

Pretrial Service Officer Renee Basurto is aware of this request and does not object to the amendments set forth above.  Counsel has been in contact with AUSA Justin Gilio, counsel for the Government, who does not oppose this request.

Defendant, Dillon Johnson, is staying in regular contact with his attorney and is complying with all conditions of release.

Dated: August 18, 2020.              Respectfully Submitted,

                                     NUTTALL & COLEMAN

                                     /s/ Mark W. Coleman

                                     MARK W. COLEMAN
                                     Attorney for Defendant

Dated: August 18, 2020.              UNITED STATES ATTORNEY'S OFFICE

                                      /s/ Justin Gilio

                                     JUSTIN GILIO
                                     Assistant U.S. Attorney

                                     * * * * * * *

O R D E R

Pursuant to the terms of the stipulation, the following items on Defendant's Conditions of Release will be amended as follows:

**(6)**   The defendant is placed in the custody of: **Paula Sue Duclo;**

**(7)(c)**   reside with your **maternal grandmother, Paula Sue Duclo,** and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to Eastern District of California, uncles otherwise approved in advance by PSO;

**(7)(p)**   not use or possess a communication device, except for your **grandmother, Paula Duclo's, cellular phone, or your home landline**, to make contact with your PSO, your assigned attorney, or other court ordered obligations, uncles otherwise approved in advance by your PSO.

All other conditions of release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **August 19, 2020**          /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE