(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Defendant,
        DILLON JOHNSON

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: **1:20-MJ-00075-SKO** |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION TO ALLOW TRAVEL AND ORDER** |
| DILLON JOHNSON, | |
| Defendant. | |

TO:     THE HONORABLE MAGISTRATE JUDGE SHEILA K. OBERTO, AND TO THE UNITED STATES ATTORNEY AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY, JUSTIN GILIO:

Defendant, DILLON JOHNSON, by and through his counsel, MARK W. COLEMAN, of NUTTALL & COLEMAN, hereby applies for an order allowing him to travel to Madera for his Grandfather's birthday celebration on Friday, October 9, 2020, between the hours of 8:00 a.m. and 5:00 p.m.

Currently, Defendant, DILLON JOHNSON, is on pretrial release on a secured bond of $9,000.00, ordered home detention, and location monitoring.

1

Mr. Johnson is requesting that the court allow him to travel with his third party custodian, Paula Duclo, to Madera on October 9, 2020, to celebrate his grandfather's 84th Birthday. The celebration will be a small gathering, outdoors. Mr. Johnson's grandfather has recently been diagnosed with aortic valve disease that is inoperable. The family suspects this will be his last birthday. Mr. Johnson is requesting permission to leave his residence on Friday, October 9, 2020 at 8:00 a.m., to travel to Madera, and return home on Friday October 9, 2020 by 5:00 p.m. He will be in the presence and custody of his third party custodian, Paula Duclo, at all times.

Mr. Johnson has communicated with Pre-Trial Services Officer, Renee Basturo, with respect to this request. Officer Basturo has confirmed with counsel that Mr. Johnson has been in full compliance with his conditions of release and has adhered with location monitoring requirements.

Counsel has communicated with Assistant United States Attorney Justin Gilio who has no objection to allowing the Defendant to travel to Madera for the birthday celebration.

**IT IS SO STIPULATED.**

Dated: October 7, 2020.            Respectfully Submitted,
                                   NUTTALL & COLEMAN
                                   /s/ Mark W. Coleman
                                   MARK W. COLEMAN
                                   Attorney for Defendant,
                                   DILLON JOHNSON

Dated: October 7, 2020.            UNITED STATES ATTORNEY'S OFFICE

                                   /s/ Justin Gilio
                                   JUSTIN GILIO
                                   Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING THEREFORE,**

**IT IS HEREBY ORDERED** that Defendant, DILLON JOHNSON, be allowed to travel with his third party custodian to Madera on Friday, October 9, 2020, between the hours of 8:00 a.m. and 5:00 p.m., for his grandfather's 84th birthday.

**IT IS FURTHER ORDERED** that Defendant, DILLON JOHNSON, be released from his location monitor during the time periods set forth above **only**.

IT IS SO ORDERED.

Dated: __October 7, 2020__                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE